No. 91–5284. DeFusco, aka Hagen v. United States. C. A. 5th Cir. Certiorari denied.

No. 91–5285. Guerra v. Ortega et al. C. A. 9th Cir. Certiorari denied.

No. 91–5286. Turner v. United States Parole Commission et al. C. A. 10th Cir. Certiorari denied.

No. 91–5287. Singer v. United States. C. A. 6th Cir. Certiorari denied.

No. 91–5289. Sprewell v. United States. C. A. 9th Cir. Certiorari denied.

No. 91–5291. Blanks v. Presley. C. A. 5th Cir. Certiorari denied.

No. 91–5292. Clark v. United States. C. A. 6th Cir. Certiorari denied.

No. 91–5294. Gilreath v. Zant, Warden. Sup. Ct. Ga. Certiorari denied.

No. 91–5295. Ray v. United States. C. A. 6th Cir. Certiorari denied.

No. 91–5298. Gardner v. Toombs, Warden. C. A. 6th Cir. Certiorari denied.

No. 91–5299. Echols v. Asmuth et al. Ct. App. D. C. Certiorari denied.

No. 91–5300. Chatfield v. Lewis et al. C. A. 10th Cir. Certiorari denied.

No. 91–5301. Alexander v. Missouri State Board of Law Examiners. Sup. Ct. Mo. Certiorari denied.

No. 91–5302. Dillon v. Tennessee. Sup. Ct. Tenn. Certiorari denied.

No. 91–5303. Schlicher v. Roberts et al. C. A. 10th Cir. Certiorari denied.